1 | MOLLIE M. BURKS  (SBN: 222112)
  | mburks@grsm.com
2 | NIMA NAYEBI  (SBN: 283021)
  | nnayebi@grsm.com
3 | GORDON REES SCULLY MANSUKHANI, LLP
  | 275 Battery Street, Suite 2000
4 | San Francisco, CA 94111
  | Telephone:  (415) 986-5900
5 | Facsimile:  (415) 986-8054

6 | Attorneys for Defendant
  | HOTEL VALENCIA CORPORATION
7 |

8 | THIAGO COELHO  (SBN: 324715)
  | thiago@wilshirelawfirm.com
9 | BINYAMIN I. MANOUCHERI (SBN: 336468)
  | binyamin@wilshirelawfirm.com
10 | WILSHIRE LAW FIRM
   | 3055 Wilshire Blvd., 12th Floor
11 | Los Angeles, California 90010
   | Telephone:  (213) 381-9988
12 | Facsimile:  (213) 381-9989

13 | Attorneys for Plaintiff
   | DANIEL CERVANTES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DANIEL CERVANTES, an individual, | ) CASE NO.  2:22-cv-000918-JAM-DB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| v. | |
| HOTEL VALENCIA CORPORATION d/b/a/ HOTEL VALENCIA – SANTANA ROW, a Texas corporation; and DOES 1-10, inclusive, | ) Complaint filed:  May 27, 2022 |
| Defendants. | |

Pursuant to Civil Local Rule 144 and Federal Rule of Civil Procedure 6, Plaintiff DANIEL CERVANTES ("Plaintiff") and Defendant HOTEL VALENCIA CORPORATION ("Defendant"), (together, "the Parties"), by and through their respective counsel of record,

-1-

hereby stipulate as follows:

WHEREAS, Plaintiff filed the above-captioned Complaint on May 27, 2022;

WHEREAS, Defendant's responsive pleading was initially due on July 5, 2022;

WHEREAS, Plaintiff Kindly agreed to provide Defendant until August 2, 2022, to file a responsive pleading;

WHEREAS, the Parties are currently discussing a potential resolution of this matter without the need for further litigation;

IT IS HEREBY STIPULATED by and between the Parties that Defendant may have an additional extension of time, up to and including August 19, 2022, in which to respond to Plaintiff's Complaint.   This extension of time does not affect or alter any deadline already fixed by the Court.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of the document to the Court.

**IT IS SO STIPULATED.**

Dated:  August 3, 2022         GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Nima Nayebi*
        Mollie M. Burks
        Nima Nayebi
        Attorneys for Defendant
        HOTEL VALENCIA CORPORATION

Dated:  August 3, 2022         WILSHIRE LAW FIRM

By:   */s/ Binyamin I. Manoucheri*
        Thiago Coelho
        Binyamin I. Manoucheri
        Attorneys for Plaintiff
        DANIEL CERVANTES

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:  August 3, 2022
/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE